IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | CASE NO. 8:06CV672 |
| Plaintiff, | ) ) | |
| V. | ) ) | ORDER OF DISMISSAL |
| **VASQUEZ & SAMMONS,** and **ROBERT PEIRCE & ASSOCIATES,** | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal. The Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I) and shall be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Notice of Dismissal (Filing No. 4) is approved;

2. The Complaint is dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 1st day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge